CLERK'S OFFICE
A TRUE COPY
Oct 16, 2026
s/ KyleFrederickson
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
United States Postal Service Priority Mail
9505 5110 1904 6278 1080 26

Case No. 26-mj-649

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the Eastern District of Wisconsin *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before 10/30/2026 *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m. ❐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Hon. Tiffany E. Woelfel.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☑ for 30 days *(not to exceed 30)* ❐ until, the facts justifying, the later specific date of ______.

Date and time issued: 10/16/2026 at 12:48 pm

Tiffany Woelfel
*Judge's signature*

City and state: Green Bay, Wisconsin

Hon. Tiffany E. Woelfel, U.S. Magistrate Judge
*Printed name and title*

## Return

| Case No.: 26-mj-649 | Date and time warrant executed: 10/16/2026 at approximately 3:03 pm | Copy of warrant and inventory left with: USPS Priority Mail 9505 5110 1904 6278 1080 26 |
|---|---|---|

Inventory made in the presence of :
Postal Inspectors Taylor Burnette and Ross Hinckley

Inventory of the property taken and name(s) of any person(s) seized:
Approximately 53.1 grams of marijuana and 2 containers of THC wax

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/16/2026

Taylor Burnette
*Executing officer's signature*

Taylor Burnette, U.S. Postal Inspector
*Printed name and title*

## ATTACHMENT A

**Description of the Parcel(s) to be Searched**

The parcel is more specifically described as follows:

- **SUBJECT PARCEL** is further described as a USPS Priority Mail container that measures 12.25" x 12" x 6". **SUBJECT PARCEL** has handwritten address information. **SUBJECT PARCEL** also has a computer-generated label applied to it. The return address is listed as "Jenn Evans", 18206 Rexine Ln Cypress, Tx 77433. **SUBJECT PARCEL** is addressed to "Terry Evans", 2016 7th St., Eau Claire, WI 54703. **SUBJECT PARCEL** bears tracking number 9505 5110 1904 6278 1080 26. **SUBJECT PARCEL** weighs approximately 3 pounds, 14.6 ounces; with $36.10 in postage.

## ATTACHMENT B

**List of Items to be Seized**

The items to be searched for and seized are evidence, fruits, or instrumentalities of violations of 21 U.S.C. §§ 841 (a), 843(b) and 846, including but not limited to:

- Controlled substances of any kind, including LSD, heroin, cocaine, methamphetamine, marijuana, and steroids.
- Precursors of controlled substances of any kind, including red phosphorus, nitrates, iodine, chloroform, ephedrine, and pseudoephedrine.
- Packing, packaging, baggies, and cutting agents.
- Any and all records reflecting the sending or receiving of packages through Express Mail, Priority Mail, Federal Express, UPS, or any other common carrier.
- United States and foreign currency, securities, precious metals, jewelry, stocks, bonds, in amounts exceeding $500.
- Records reflecting or relating to the transporting, ordering, purchasing, and/or distribution of controlled substances, including but not limited to books, receipts, notes, ledgers, pay and owe sheets, correspondence, records noting price, quantity, date and/or times when controlled substances were purchased, possessed, transferred, distributed, sold, or concealed; and
- Records reflecting or relating to co-conspirators, including personal notes, correspondence, communications, personal address lists, listings of telephone numbers, and other items reflecting names, addresses, telephone numbers, communications, and illegal activities of associates and co-conspirators in controlled substance trafficking activities.

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

CLERK'S OFFICE
A TRUE COPY
Oct 16, 2026
s/ KyleFrederickson
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

United States Postal Service Priority Mail
9505 5110 1904 6278 1080 26

Case No. 26-mj-649

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the Eastern District of Wisconsin, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| (1) 21 U.S.C. § 841(a)(1) | Possession with intent to distribute a controlled substance |
| (2) 21 U.S.C. § 843(b) | Use of the mail in furtherance of narcotic trafficking |
| (3) 21 U.S.C. § 846 | Attempt and conspiracy to commit the above offenses |

The application is based on these facts:

See Attached Affidavit.

- ☑ Continued on the attached sheet.
- ☑ Delayed notice of 30 days *(give exact ending date if more than 30 days:* ____________ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Taylor Burnette
*Applicant's signature*

Taylor Burnette, U.S. Postal Inspector
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone and email *(specify reliable electronic means)*.

Date: 10/16/2026

Tiffany Woelfel
*Judge's signature*

City and state: Green Bay, WI

Hon. Tiffany E. Woelfel, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, Taylor Burnette, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I, Taylor Burnette, am now and have been continuously employed as a sworn Federal Agent for the United States Postal Inspection Service since May, 1, 2026.
2. The USPIS is the primary investigative arm of the United States Postal Service ("USPS") and is charged under Title 18, United States Code, 3061 with the enforcement of laws governing the use and movement of the United States Mail, including, but not limited to, the misuse and fraudulent schemes involving the mail, crimes relating to mail fraud, identity theft, and narcotics trafficking involving the U.S. Mail.
3. I am a Postal Inspector assigned to the Green Bay, WI Multi-Function Team and am responsible for narcotic and money laundering investigations. As a Postal Inspector, my duties are to investigate violations of federal law as it relates to mail theft, identity theft, and crimes against employees of the Postal Service. Additionally, my responsibilities include the investigation of the unlawful use of the U.S. Mail for criminal activity, including the transportation of contraband materials through the U.S. Mail. As part of my experience, I have received instruction in the identification, collection and preservation of evidence, photography, latent print collection and crime scene investigations. I have completed hours of criminal investigations – compiling information, interviewing victims, witnesses, and suspects, and collecting evidence to support the filing of criminal complaints. I have worked with other

experienced Postal Inspectors, Law Enforcement Officers and Supervisors and have gained valuable knowledge and experience from them. I have prepared and assisted in the planning and service of search warrants.

4. I have had formal training in drug trafficking investigations. More specifically, my training and experience include the following:

    a. I am familiar with the appearance and street names of various drugs, including marijuana, heroin, cocaine, cocaine base (unless otherwise noted, all references to crack cocaine in this affidavit is cocaine base in the form of crack cocaine), ecstasy, and methamphetamine. I am familiar with the methods used by drug dealers to package and prepare controlled substances for sale. I know the street values of different quantities of the various controlled substances;
    b. I am familiar with the language utilized over the telephone to discuss drug trafficking, and know that the language is often limited, guarded, and coded;
    c. I know that drug traffickers often use electronic equipment and wireless and land line telephones to conduct drug trafficking operations;
    d. I know that drug traffickers commonly have in their possession, and at their residences and other storage locations where they exercise dominion and control, firearms, ammunition, and records or receipts pertaining to such;
    e. I know that drug traffickers often use drug proceeds to purchase assets such as vehicles, property, and jewelry. I also know that drug traffickers often use nominees to purchase and/or title these assets in order to avoid scrutiny from law enforcement officials;
    f. I know large-scale drug traffickers often purchase and/or title their assets in fictitious names, aliases, or the names of relatives, associates, or business entities to avoid detection of these assets by government agencies. I know that even though these assets are in names other than the drug traffickers, the drug traffickers actually own and continue to use these assets and exercise dominion and control over them;
    g. I know large-scale drug traffickers maintain on-hand large amounts of U.S. currency to maintain and finance their ongoing drug business;
    h. I know it is common for drug traffickers to maintain books, records, receipts, notes, ledgers, airline tickets, and receipts relating to the purchase of financial instruments, and/or the transfer of funds and other papers relating to the transportation, ordering, sale, and distribution of controlled substances. I also know that the aforementioned books, records, receipts, notes, ledgers, etc. are maintained where the traffickers have ready access to them;
    i. I know it is common for large-scale drug traffickers to secrete contraband, proceeds of drug sales, and records of drug transactions in secure locations within their residences, their businesses, storage facilities, and/or other locations over which they maintain dominion and control, for ready access and to conceal these items from law enforcement authorities or rival drug traffickers. These secure

locations include, but are not limited to safes, briefcases, purses, locked filing cabinets, and hidden storage areas in natural voids of a residence;

j. I know it is common for persons involved in large-scale drug trafficking to maintain evidence pertaining to their obtaining, secreting, transferring, concealing, and/or expenditure of drug proceeds, such as currency, financial instruments, precious metals and gemstones, jewelry, books, records of real estate transactions, bank statements and records, passbooks, money drafts, letters of credit, money orders, bank drafts, cashier's checks, bank checks, safe deposit box keys, and money wrappers. These items are maintained by the traffickers within residences (including attached and unattached garages), businesses or other locations over which they maintain dominion and control;

k. I know large-scale drug traffickers often use electronic equipment such as telephones (land-lines and cell phones), computers, telex machines, facsimile machines, currency counting machines, and telephone answering machines to generate, transfer, count, record and/or store the information described in the items above, as well as conduct drug trafficking activities;

l. I know when drug traffickers amass large proceeds from the sale of drugs, the drug traffickers attempt to legitimize these profits through money laundering activities. To accomplish these goals, drug traffickers utilize the following methods, including, but not limited to: domestic and international banks and their attendant services, securities brokers, professionals such as attorneys and accountants, casinos, real estate, shell corporations and business fronts, and otherwise legitimate businesses that generate large quantities of currency;

m. I know drug traffickers commonly maintain addresses or telephone numbers in books or papers that reflect names, addresses, and/or telephone numbers of their associates in the trafficking organization; and

n. I know drug traffickers take (or cause to be taken) and maintain photographs of themselves, their associates, their property, and their drugs.

## PURPOSE OF AFFIDAVIT

5. This affidavit is made in support of a Federal Search and Seizure Warrant for the **SUBJECT PARCEL** (described below), for items which may constitute the fruits, instrumentalities, proceeds and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance), 846 (Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance), and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance). To

seize: any controlled substance, and any paraphernalia associated with the manufacture and distribution of controlled substances including packaging materials and containers to hold controlled substances; proceeds of drug trafficking activities, such as United States currency, money orders, bank checks, precious metals, financial instruments; and drugs or money ledgers, drug distribution or customer lists, drug supplier lists, correspondence, notations, logs, receipts, journals, books, records, and other documents noting the price, quantity, and/or times when controlled substances were obtained, transferred, sold, distributed, and/or concealed.

## APPLICABLE STATUTES

6. Title 21, United States Code, Section 841(a) states, in pertinent part, that "it shall be unlawful for any person knowingly or intentionally—(1) to manufacture, distribute, dispense, or possess with the intent to manufacture, distribute, or dispense a controlled substance . . . ."

7. Title 21, United States Code, Section 843(b) in pertinent part states that "it shall be unlawful for any person knowingly or intentionally to use any communication facility in committing or in causing or facilitating the commission of any act or acts constituting a felony under any provision of this subchapter or subchapter II of this chapter. Each separate use of a communication facility shall be a separate offense under this subsection. For the purpose of this subsection, the term 'communication facility' means any and all public and private instrumentalities used or useful in the transmission of writing, signs, signals, pictures, or sounds of all kinds and includes, mail, telephone, wire, radio, and all other means of communication."

8. Title 21, United States Code, Section 846 states, in pertinent part "Any person who attempts or conspires to commit any offense defined in this subchapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy."

## PARCEL TO BE SEARCHED

9. This affidavit is made in support of an application for a Federal Search and Seizure Warrant for a United States Postal Service Priority Mail Parcel 9505 5110 1904 6278 1080 26, (**SUBJECT PARCEL**). The **SUBJECT PARCEL** is described as a 12.25" x 12" x 6", USPS Priority Mail Flat-Rate Box weighing approximately 3 pounds, 14.6 ounces, and bearing USPS Priority Mail postage and USPS tracking number 9505 5110 1904 6278 1080 26. The **SUBJECT PARCEL**'s USPS retail postage paid label has the origin/acceptance zip code of 77429, "Cypress, Texas" and is addressed to 2016 7th St., Eau Claire, WI 54703. The postage paid was $36.10. The **SUBJECT PARCEL**'s handwritten fill in the blank USPS "To/From" label area is addressed to "Terry Evans 2016 7th St., Eau Claire, WI 54703." The **SUBJECT PARCEL's** handwritten "To/From" label was sent from "Jenn Evans, 18206 Rexine Ln Cypress, Tx 77433."

## FACTS THAT SUPPORT PROBABLE CAUSE-BACKGROUND

10. I, and other Postal Inspectors, have identified a trend of drug traffickers mailing controlled substances into the Eastern District of Wisconsin, from states in the Western United States, the Caribbean, and along the international border such as:

Washington, Oregon, California, Colorado, Nevada, New Mexico, Texas, Arizona, and the territorial island of Puerto Rico. There, controlled substances are more easily and readily available, due to certain state laws, and a porous international border, among other reasons. Inasmuch as individuals who would receive these controlled substances through the United States Mail are obliged to pay for said controlled substances, often, the United States Mail is utilized by drug recipients to send payments back to the drug traffickers along the West Coast, along the Southwestern United States and Puerto Rico. As such, within the Prohibited Mailing of Narcotics program area of the USPIS, certain indicators have been identified around the trafficking of both illegal drugs, and their proceeds, through the United States Mail. I, along with other Postal Inspectors, conduct routine examinations of Postal Service databases and the outside of parcels traveling in the USPS mail stream to and from Wisconsin from states in the Southwest and Western United States as well as the territory of Puerto Rico.

**FACTS THAT SUPPORT PROBABLE CAUSE-SPECIFIC FACTS**

11. On Tuesday, October 6, 2026, I conducted a review for parcels mailed to the 540 to 549 zip code areas from source narcotics areas. I noticed the **SUBJECT PARCEL** coming from Cypress, Texas to Eau Claire, Wisconsin. From my training and experience, I know that Texas is a source area for illegal narcotics to be shipped around the United States.
12. I conducted a search of Law Enforcement databases for information written on the mailing label for the sender of the **SUBJECT PARCEL**. I was unable to associate

the name "Jenn Evans" at the sending address. I know from my training and experience, those sending narcotics or other illegal items through the mail will often use a fictitious return address with a name or business name not associated with the address to avoid law enforcement detection.

13. On Thursday, October 15, 2026, I was able to obtain the **SUBJECT PARCEL** at the USPS Oneida Post Office. I noticed the **SUBJECT PARCEL** was heavily taped on the seams. I know from my training and experience, individuals can heavily tape parcels attempting to conceal the scent of narcotics in parcels.

14. Based on the above factors, I arranged for Wisconsin State Trooper Ioan Trofin and his K9 Partner, Dony to examine the **SUBJECT PARCEL**. Narcotic detection dog Dony is trained and certified through the North American Police Work Dog Association (NAPWDA 07/19/2023, 5/23/24, 5/12/2025, 5/6/2026). K9 Dony is trained to detect the odor of controlled substances. These substances include cocaine, heroin, and methamphetamine and may include items recently contaminated with one or more controlled substances' odor. Upon locating one or more of these three controlled substances, K9 Dony will display alert behavior. K9 Dony is trained to sit, lay down, or stare at the source of the odor. This is a passive indication.

15. At approximately 2:45 p.m. on October 15, 2026, I met Trooper Trofin and K9 Dony at the Wisconsin Department of Transportation Northeast Region office located at 944 Van Der Perren Way, Green Bay, WI 54304. I placed **SUBJECT PARCEL** on a ladder in a large storage room of the facility. Trooper Trofin deployed K9 Dony off lead inside the large storage room. While sniffing the boxes near a ladder, Trooper Trofin advised me that K9 Dony indicated on **SUBJECT PARCEL**. Trooper Trofin

explained the behavior displayed by K9 Dony was similar to prior field deployments and training where drugs were found.

16. Currently, the **SUBJECT PARCEL** is in my custody in the Eastern District of Wisconsin.

## CONCLUSION

17. Based on the facts set forth in this affidavit, I believe there is probable cause that evidence, fruits, or instrumentalities of violations of 21 U.S.C. §§ 841 (a), 843(b) and 846 are concealed in the **SUBJECT PARCEL**.

18. Accordingly, I respectfully request the issuance of a search warrant directing the search of the **SUBJECT PARCEL** described in Attachment A for the items described in Attachment B and seizure of those items.

## ATTACHMENT A

**Description of the Parcel(s) to be Searched**

The parcel is more specifically described as follows:

- **SUBJECT PARCEL** is further described as a USPS Priority Mail container that measures 12.25" x 12" x 6". **SUBJECT PARCEL** has handwritten address information. **SUBJECT PARCEL** also has a computer-generated label applied to it. The return address is listed as "Jenn Evans", 18206 Rexine Ln Cypress, Tx 77433. **SUBJECT PARCEL** is addressed to "Terry Evans", 2016 7th St., Eau Claire, WI 54703. **SUBJECT PARCEL** bears tracking number 9505 5110 1904 6278 1080 26. **SUBJECT PARCEL** weighs approximately 3 pounds, 14.6 ounces; with $36.10 in postage.

## ATTACHMENT B

## List of Items to be Seized

The items to be searched for and seized are evidence, fruits, or instrumentalities of violations of 21 U.S.C. §§ 841 (a), 843(b) and 846, including but not limited to:

- Controlled substances of any kind, including LSD, heroin, cocaine, methamphetamine, marijuana, and steroids.
- Precursors of controlled substances of any kind, including red phosphorus, nitrates, iodine, chloroform, ephedrine, and pseudoephedrine.
- Packing, packaging, baggies, and cutting agents.
- Any and all records reflecting the sending or receiving of packages through Express Mail, Priority Mail, Federal Express, UPS, or any other common carrier.
- United States and foreign currency, securities, precious metals, jewelry, stocks, bonds, in amounts exceeding $500.
- Records reflecting or relating to the transporting, ordering, purchasing, and/or distribution of controlled substances, including but not limited to books, receipts, notes, ledgers, pay and owe sheets, correspondence, records noting price, quantity, date and/or times when controlled substances were purchased, possessed, transferred, distributed, sold, or concealed; and
- Records reflecting or relating to co-conspirators, including personal notes, correspondence, communications, personal address lists, listings of telephone numbers, and other items reflecting names, addresses, telephone numbers, communications, and illegal activities of associates and co-conspirators in controlled substance trafficking activities.